# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Ryan Uehling | Case No. 1: 13-mc-00022-BAM |
| Kelly Nelson,<br><br>Plaintiff,<br><br>Millennium Laboratories, Inc., *et al.*,<br><br>Defendants.<br><br>*Pending in the United States District Court for the District of Arizona as Case No. 2: 12-cv-01301-SLG* | **ORDER GRANTING PROPOSED INTERVENOR ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S REQUEST TO SEAL MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE** |

After consideration of Defendant Allied World Assurance Company (U.S.) Inc.'s ("Allied World") Request to file under seal (1) an unredacted version of the Memorandum of Points and Authorities in Support of Proposed Intervenor Allied World Assurance Company (U.S.) Inc.'s Motion to Intervene and to Modify Sealing Order (the "Memorandum") and (2) an unredacted version of the Declaration of Robert Wiygul in Support of Proposed Intervenor Allied World Assurance Company (U.S.) Inc.'s Motion to Intervene and Modify Sealing Order (Doc. 33), and finding good cause shown, it is hereby ORDERED that Allied World's Request is GRANTED.

/././

**ORDER**

It is further ORDERED that, in accordance with Local Rule 141(e), Allied World shall provide the Clerk with copies of the unredacted Memorandum and unredacted Declaration, and the Clerk shall file same under seal.

IT IS SO ORDERED.

Dated:  **December 2, 2013**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE