UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE RYAN UEHLING | Case No. 1:13-mc-00022-LJO-BAM |
|---|---|
| KELLY NELSON,<br><br>Plaintiff,<br><br>MILLENNIUM LABORATORIES, INC., ET AL.,<br><br>Defendants.<br><br>*Pending in the United States District Court for the District of Arizona as Case No. 2: 12-cv-01301-SLG* | **ORDER GRANTING ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

Before the Court is the *Ex Parte* Application of Proposed Intervenor Allied World Assurance Company (U.S.) Inc. ("Allied World") for leave to file a supplemental brief (Dkt. No. 46). Allied World seeks permission to file a supplemental brief in support of its pending Motion to Intervene and to Modify Sealing Order (Dkt. No. 32).

IT IS ORDERED, GOOD CAUSE APPEARING, THAT:

1. Allied World's *Ex Parte* Application is GRANTED.
2. Allied World may file the supplemental brief attached as Exhibit A to the *Ex Parte* Application.

IT IS SO ORDERED.

Dated:   **January 17, 2014**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE