UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RYAN UEHLING<br><br>KELLY NELSON,<br><br>                Plaintiff,<br><br>vs.<br><br>MILLENNIUM LABORATORIES, INC., a California corporation; JASON BRISTOL, an individual; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 1:13-mc-00022-BAM<br><br>**ORDER GRANTING NON-PARTY UEHLING'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

Before the Court is the *ex parte* application of Non-Party RYAN UEHLING ("Uehling") for leave to file a supplemental brief. Uehling seeks permission to file a supplemental brief in response to ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'s ("Allied") supplemental brief regarding its pending Motion to Intervene and to Modify Sealing Order (Doc. No. 32).

IT IS ORDERED, GOOD CAUSE APPEARING THAT:

1. Uehling's *ex parte* application is GRANTED.

2. Uehling may file the supplemental brief attached as Exhibit A to the *ex parte* application.

IT IS SO ORDERED.

Dated:   **January 28, 2014**              /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING NON-PARTY UEHLING'S EX PARTE APPLICATION
FOR LEAVE TO FILE SUPPLEMENTAL BRIEF