# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RYAN UEHLING | Case No. 1:13-mc-00022-LJO-BAM |
| KELLY NELSON,<br><br>Plaintiff,<br><br>MILLENNIUM LABORATORIES, INC., ET AL.,<br><br>Defendants.<br><br>*Pending in the United States District Court for the District of Arizona as Case No. 2: 12-cv-01301-SLG* | **ORDER GRANTING PROPOSED INTERVENOR ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S REQUEST TO SEAL DOCUMENT** |

After consideration of Defendant Allied World Assurance Company (U.S.) Inc.'s ("Allied World") Request to file under seal the letter-brief (the "Letter-Brief") it is submitting in compliance with the Minute Order dated January 28, 2014 (Dkt. No. 52), and finding good cause shown, it is hereby **ORDERED** that Allied World's Request is **GRANTED**. It is further **ORDERED** that, in accordance with Local Rule 141(e), Allied World shall provide the Clerk with a copy of the Letter Brief, and the Clerk shall file same under seal.

IT IS SO ORDERED.

Dated:   **January 30, 2014**          _/s/ Barbara A. McAuliffe_
                              UNITED STATES MAGISTRATE JUDGE