UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Ryan Uehling<br><br>Kelly Nelson,<br><br>Plaintiff,<br><br>Millennium Laboratories, Inc., *et al.,*<br><br>Defendants.<br><br>*Pending in the United States District Court for the District of Arizona as Case No. 2: 12-cv-01301-SLG* | Case No. 1: 13-mc-00022-LJO-BAM<br><br>**ORDER GRANTING PROPOSED INTERVENOR ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S MOTION TO INTERVENE AND MODIFY SEALING ORDER** |

Currently before the Court is the Motion to Intervene of Allied World Assurance Company (U.S.) Inc. ("Allied World"). (Doc. 32.) Allied World seeks to intervene for the limited purpose of modifying the Court's June 27, 2013 Order compelling Mr. Uehling submit to a deposition under seal. (Doc. 59.) The requested modification permits either Ryan Uehling or Millennium Laboratories to produce a copy of Mr. Uehling's sealed deposition transcript to Allied World. Uehling filed his opposition on December 13, 2013. (Doc. 37.) Millennium did not oppose or otherwise respond to Allied World's Motion.

On March 6, 2014, Allied World and Ryan Uehling entered into a stipulation to grant Allied World's Motion to Intervene. (Doc. 59.) Having considered the parties' stipulation and the entire record in this case, this Court orders as follows:

**ORDER**

1. Allied World's Motion to Intervene is GRANTED;

2. Allied World is permitted to intervene in this proceeding for the limited purpose of seeking to modify the June 27, 2013 Order (Doc. 22);

3. The June 27, 2013 Order is modified as follows:

   (a) Notwithstanding any other provision in the Order, Millennium and Uehling are each permitted to produce a copy of the complete transcript of the Deposition to Allied World. The copy shall be marked "SEALED – CONFIDENTIAL" and "attorneys' eyes only" and neither the Deposition transcript nor the testimony contained therein shall be disclosed publicly absent further order of the Court.

   (b) In all other respects, the June 27, 2013 Order remains in effect.

   (c) In addition to section (a) above, neither Millennium nor Allied World nor Uehling shall disclose any portion of the Deposition to any other person or entity, nor seek to file any portion of the Deposition in any court except under seal.

IT IS SO ORDERED.

Dated: **March 10, 2014**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

**ORDER**