**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Ryan Uehling | Case No. 1: 13-mc-00022-LJO-BAM |
| Kelly Nelson,<br><br>Plaintiff,<br><br>Millennium Laboratories, Inc., *et al.,*<br><br>Defendants.<br><br>*Pending in the United States District Court for the District of Arizona as Case No. 2: 12-cv-01301-SLG* | **ORDER ON RYAN UEHLING'S OBJECTIONS TO MILLENNIUM LABORATORIES, INC.'S MOTION TO HOLD RYAN UEHLING IN CONTEMPT OF COURT** |

Currently before the Court is Millennium Laboratories, Inc.'s ("Millennium") Motion to Hold Ryan Uehling in Contempt of Court. (Doc. 72.) Ryan Uehling filed objections to Millennium's Motion on May 13, 2014. (Doc. 76.) Millennium filed a response to Mr. Uehling's objections on May 14, 2014. (Doc. 77.)

Mr. Uehling argues that Millennium's Motion – filed on May 9, 2014, and set for hearing on May 23, 2014[1] –did not provide the requisite twenty-eight days notice required by Local Rule 230. Millennium responds that the Motion was filed pursuant to Local Rule 251(e), which governs discovery disputes, and permits discovery motions be heard on fourteen days notice.

---

[1] Due to a conflict in the Court's calendar, the hearing on Millennium's Motion was continued to May 30, 2014. (Doc. 75.)

**ORDER**

This Court finds that Millennium's Motion is properly before the Court. The hearing on Millennium's Motion, currently set for May 30, 2014, at 9:00 AM in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe, shall remain on calendar.  Mr. Uehling shall file his opposition, if any, no later than May 23, 2014.

IT IS SO ORDERED.

Dated:   **May 19, 2014**                              /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE

**ORDER**