**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Ryan Uehling | Case No. 1: 13-mc-00022-LJO-BAM |
| Kelly Nelson,<br><br>Plaintiff,<br><br>Millennium Laboratories, Inc., *et al.,*<br><br>Defendants.<br><br>*Pending in the United States District Court for the District of Arizona as Case No. 2: 12-cv-01301-SLG* | **ORDER DISCHARGING ORDER TO SHOW CAUSE (DOC. 85)** |

On May 9, 2014, Millennium Laboratories, Inc. ("Millennium") filed a Motion for an Order to Show Cause as to why Ryan Uehling ("Uehling") should not be held in contempt of court for his refusal to answer three deposition questions pursuant to this Court's June 27, 2013 Order compelling further deposition testimony. Doc. 72, 73. On May 29, 2014, this Court ordered Uehling to show cause as to why he should not be held in contempt of court for his refusal to obey the Court's June 27, 2013 Order. Doc. 85.

On June 13, 2014, Millennium submitted a response to the Court's Order to show cause. Doc. 87. In its response, Millennium moved to withdraw with prejudice its motion to hold Uehling in contempt. *Id.* Millennium represents that certain claims in the underlying *Nelson v. Millennium*

**ORDER**

action have been dismissed which have mooted the need for further deposition testimony from Uehling.  *Id.*

**CONCLUSION**

     Having considered Millennium's withdrawal of its motion for an order to show cause, this Court DISCHARGES the Order to Show Cause issued on May 29, 2014.  (Doc. 85.)

IT IS SO ORDERED.

Dated:   **June 16, 2014**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE